UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | Case No. 18-cr-00484-JCS-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |
| DELVON CARTER, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT Delvon Carter shall be released forthwith from the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: February 12, 2020

JOSEPH C. SPERO
Chief Magistrate Judge